UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRANCISCO BARNES, Individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PERPETUA RESOURCES CORP., JONATHAN CHERRY, and JESSICA LARGENT,<br><br>Defendants. | Case No. 1:25-cv-00160-DKG<br><br>ORDER |

Before the Court are the Joint Motion to Extend Time (Dkt. 10) and Joint Motion to Continue Telephonic Scheduling Conference (Dkt. 11). For the reasons stated in the motions, the Court finds good cause has been shown to grant both motions.

**ORDER**

NOW, THEREFORE IT IS HEREBY ORDERED that the Motions (Dkt. 10, 11) are **GRANTED** as follows:

1) The deadline for Defendants to respond is **EXTENDED** to a time after a Lead Plaintiff has been appointed and an operative complaint has been filed or designated.

ORDER - 1

2)  The Telephonic Scheduling Conference set for May 27, 2025 and the deadline for filing a joint Litigation Plan and Discovery Plan (Dkt. 5) are **VACATED**.

3)  The parties shall confer and submit a proposed schedule for the filing or designation of further pleadings, motions, a joint Litigation Plan, and a Discovery Plan within fourteen (14) days following entry of an order selecting a Lead Plaintiff(s) and appointing lead counsel.

DATED: April 16, 2025

Honorable Debora K. Grasham
United States Magistrate Judge

ORDER - 2