Jaren Wieland, ISB 8265
**MOONEY WIELAND WARREN**
512 W. Idaho Street, Suite 103
Boise, Idaho 83702
Tel.: (208) 401-9219
Email: jaren.wieland@mooneywieland.com

*Liaison Counsel for Carl Douglas Neale and [Proposed]*
*Liaison Counsel for the Class*

Adam M. Apton
**LEVI & KORSINSKY, LLP**
33 Whitehall Street, 17th Floor
New York, N.Y. 10004
Tel. (212) 363-7500
Fax: (212) 363-7500
Email: apton@zlk.com

*Lead Counsel for Carl Douglas Neale and [Proposed]*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| FRANCISCO BARNES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PERPETUA RESOURCES CORP., JONATHAN CHERRY, and JESSICA LARGENT, <br><br> Defendants. | Case No.: 1:25-cv-00160-DKG <br><br> **MOTION OF CARL DOUGLAS NEALE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

Movant Carl Douglas Neale ("Movant"), by and through his counsel, will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) appointing Movant as Lead Plaintiff in the above-captioned action (the "Action"); (ii) approving Movant's selection of Levi & Korsinsky, LLP ("Levi & Korsinsky") as Lead Counsel and Mooney Wieland Warren ("MWW") as Liaison Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movant submits a Memorandum of Points and Authorities, the Declaration of Jaren Wieland and exhibits attached thereto, the pleadings, and other filings herein and such other written or oral arguments as may be presented to the Court.

This motion is made on the grounds that Movant is the most adequate plaintiff, as defined by the PSLRA, based on his losses of approximately $348.55 suffered as a result of Defendants' wrongful conduct as alleged in the Action. Further, Movant satisfies the relevant requirements of Federal Rule of Civil Procedure 23 because his claims are typical and he will fairly and adequately represent the interests of the class.

Dated: May 20, 2025                    Respectfully submitted,

                                       **MOONEY WIELAND WARREN**

                                        */s/ Jaren Wieland*
                                       Jaren Wieland, ISB 8265
                                       512 W. Idaho Street, Suite 103
                                       Boise, Idaho 83702
                                       Tel.: (208) 401-9219
                                       Email: jaren.wieland@mooneywieland.com

                                       *Liaison Counsel for Carl Douglas Neale and*
                                       *[Proposed] Liaison Counsel for the Class*

2

**LEVI & KORSINSKY, LLP**
Adam M. Apton (*pro hac vice* forthcoming)
33 Whitehall Street, 17th Floor
New York, NY 10004
Tel.: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Carl Douglas Neale and*
*[Proposed] Lead Counsel for the Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, May 20, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Jaren Wieland*
Jaren Wieland