RAMSDEN, MARFICE, EALY & DE SMET, LLP
700 Northwest Blvd.
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
Marcus E. Johnson, ISB #10350
mjohnson@rmedlaw.com

*Counsel for Movant David Wallentine
and Proposed Liaison Counsel for the
Class*

*[Additional counsel on signature page]*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRANCISCO BARNES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PERPETUA RESOURCES CORP., JONATHAN CHERRY, and JESSICA LARGENT,<br><br>Defendants. | Case No.  1:25-cv-00160-DKG<br><br><u>CLASS ACTION</u><br><br>**MOTION OF DAVID WALLENTINE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

**PLEASE TAKE NOTICE** that David Wallentine ("Wallentine"), by and through his counsel, will and does hereby move this Court pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Wallentine as Lead Plaintiff on behalf of a class (the "Class") consisting of all investors who purchased or otherwise acquired Perpetua Resources Corp. securities between April 17, 2024, to February 13, 2025, inclusive; and (2)

MOTION OF DAVID WALLENTINE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL - 1

approving proposed Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel and Ramsden, Marfice, Ealy & De Smet, LLP as Liaison Counsel for the Class.

This motion is based upon this notice of motion, the accompanying memorandum of law in support thereof, the Declaration of Marcus E. Johnson and all exhibits attached thereto, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

Dated:  May 20, 2025

Respectfully submitted,

RAMSDEN, MARFICE, EALY & DE SMET, LLP

*/s/ Marcus E. Johnson*
Marcus E. Johnson, of the Firm
*Counsel for Movant David Wallentine and Proposed Liaison Counsel for the Class*

POMERANTZ LLP
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Movant David Wallentine and Proposed Lead Counsel for the Class*

THE SCHALL LAW FIRM
Brian Schall
(*pro hac vice* application forthcoming)
2049 Century Park East, Suite 2460
Los Angeles, California 90067
Telephone: (424) 303-1964
brian@schallfirm.com

*Additional Counsel for Movant David Wallentine*

MOTION OF DAVID WALLENTINE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL - 2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of May, 2025, I served a true and correct copy of the foregoing on counsel of record via the United States District Court for the District of Idaho's CM/ECF system.

By:    */s/ Marcus E. Johnson*
          Marcus E. Johnson

MOTION OF DAVID WALLENTINE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL - 3