RAMSDEN, MARFICE, EALY & DE SMET, LLP
700 Northwest Blvd.
P.O. Box 1336
Coeur d'Alene, ID 83816-1336
Telephone: (208) 664-5818
Facsimile: (208) 664-5884
Marcus E. Johnson, ISB #10350
mjohnson@rmedlaw.com

*Counsel for Movant David Wallentine and*
*Proposed Liaison Counsel for the Class*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRANCISCO BARNES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PERPETUA RESOURCES CORP., JONATHAN CHERRY, and JESSICA LARGENT, <br><br> Defendants. | Case No.  1:25-cv-00160-DKG <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF MARCUS E. JOHNSON IN SUPPORT OF MOTION OF DAVID WALLENTINE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

I, Marcus E. Johnson, hereby declare as follows:

1.      I am a Partner with the law firm of Ramsden, Marfice, Ealy & De Smet, LLP ("RMED"), Liaison Counsel for David Wallentine ("Wallentine"), and have personal knowledge of the facts set forth herein.

2.      I make this Declaration in support of Wallentine's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz LLP ("Pomerantz") as Lead Counsel and RMED as Liaison Counsel for the Class.

DECLARATION OF MARCUS E. JOHNSON IN SUPPORT OF MOTION OF DAVID WALLENTINE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL - 1

3.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Wallentine's financial interest in this litigation;

Exhibit B:    Shareholder Certification executed by Wallentine;

Exhibit C:    Press release published via *Globe Newswire* on March 21, 2025, announcing the pendency of the Action;

Exhibit D:    Declaration executed by Wallentine;

Exhibit E:    Firm resume of Pomerantz; and

Exhibit F:    Firm resume of RMED.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 20, 2025.

*/s/ Marcus E. Johnson*
Marcus E. Johnson

DECLARATION OF MARCUS E. JOHNSON IN SUPPORT OF MOTION OF DAVID WALLENTINE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of May, 2025, I served a true and correct copy of the foregoing on counsel of record via the United States District Court for the District of Idaho's CM/ECF system.

By: ___/s/ Marcus E. Johnson_____
Marcus E. Johnson

DECLARATION OF MARCUS E. JOHNSON IN SUPPORT OF MOTION OF DAVID WALLENTINE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL - 3