# EXHIBIT A

**Perpetua Resources Corp. (PPTA)**
**Class Period: April 17, 2024 to February 13, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $11.2573 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Summary | | | | | | | | | | | | | | |
| **David Wallentine** | **Options** | | **5,300** | | **($1,108,740)** | | **(5,390)** | | **$1,061,532** | **(2)** | **0** | **$2,812** | **($62,586)** | **($63,866)** |
| | | | | | | | | | | | | | | |
| **David Wallentine** | **C 20241220 2.5** | **5/8/2024** | **4** | **$2.8300** | **($1,132)** | **7/15/2024** | **(4)** | **$3.9000** | **$1,560** | **0** | **0** | **$0** | **$428** | **$428** |
| **David Wallentine** | **C 20241115 5** | **10/8/2024** | **5** | **$3.9200** | **($1,960)** | **10/25/2024** | **(5)** | **$4.8000** | **$2,400** | **0** | **0** | **$0** | **$440** | **$440** |
| **David Wallentine** | **C 20241115 10** | **10/25/2024** | **5** | **$0.5500** | **($275)** | **10/17/2024** | **(5)** | **$0.7000** | **$350** | **0** | **0** | **$0** | **$75** | **$75** |
| **David Wallentine** | **C 20250919 15** | **5/1/2025** | **2** | **$2.7200** | **($544)** | **2/10/2025** | **(2)** | **$2.1500** | **$430** | **(2)** | **0** | **$0** | **($114)** | **($114)** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20240621 5 | | | | | Preclass | 40 | | | | | | | |
| **David Wallentine** | **C 20240621 5** | | | | | **4/17/2024** | **(40)** | **$1.4800** | **$5,920** | **0** | **0** | **$0** | **$0** | **$0** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20240920 5 | | | | | Preclass | 50 | | | | | | | |
| David Wallentine | C 20240920 5 | 5/8/2024 | 10 | $1.1000 | ($1,100) | 4/22/2024 | (25) | $1.8700 | $4,675 | | | | | |
| David Wallentine | C 20240920 5 | | | | | 7/16/2024 | (10) | $2.1200 | $2,120 | | | | | |
| David Wallentine | C 20240920 5 | | | | | 8/15/2024 | (5) | $2.8500 | $1,425 | | | | | |
| David Wallentine | C 20240920 5 | | | | | 8/19/2024 | (5) | $4.0000 | $2,000 | | | | | |
| David Wallentine | C 20240920 5 | | | | | 8/26/2024 | (5) | $4.1000 | $2,050 | | | | | |
| David Wallentine | C 20240920 5 | | | | | 8/30/2024 | (5) | $3.8000 | $1,900 | | | | | |
| David Wallentine | C 20240920 5 | | | | | 9/4/2024 | (5) | $3.0000 | $1,500 | | | | | |
| **David Wallentine** | **C 20240920 5** | | **10** | | **($1,100)** | | **(60)** | | **$15,670** | **0** | **0** | **$0** | **$2,300** | **$1,020** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20241018 5 | 8/27/2024 | 5 | $3.7900 | ($1,895) | 9/26/2024 | (5) | $4.5000 | $2,250 | | | | | |
| David Wallentine | C 20241018 5 | 8/30/2024 | 5 | $3.9000 | ($1,950) | 10/2/2024 | (5) | $4.4500 | $2,225 | | | | | |
| David Wallentine | C 20241018 5 | 9/4/2024 | 5 | $3.1000 | ($1,550) | 10/8/2024 | (5) | $3.8200 | $1,910 | | | | | |
| **David Wallentine** | **C 20241018 5** | | **15** | | **($5,395)** | | **(15)** | | **$6,385** | **0** | **0** | **$0** | **$990** | **$990** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20241220 10 | 11/22/2024 | 20 | $0.6700 | ($1,340) | 10/15/2024 | (10) | $1.1000 | $1,100 | | | | | |
| David Wallentine | C 20241220 10 | 11/25/2024 | 20 | $0.4300 | ($860) | 10/16/2024 | (10) | $1.3000 | $1,300 | | | | | |
| David Wallentine | C 20241220 10 | 12/4/2024 | 3 | $1.4500 | ($435) | 10/21/2024 | (10) | $1.6200 | $1,620 | | | | | |
| David Wallentine | C 20241220 10 | 12/10/2024 | 2 | $2.3100 | ($462) | 10/25/2024 | (5) | $0.9500 | $475 | | | | | |
| David Wallentine | C 20241220 10 | | | | | 10/25/2024 | (4) | $0.9400 | $376 | | | | | |
| David Wallentine | C 20241220 10 | | | | | 10/25/2024 | (3) | $0.9300 | $279 | | | | | |
| David Wallentine | C 20241220 10 | | | | | 10/25/2024 | (1) | $0.9400 | $94 | | | | | |
| David Wallentine | C 20241220 10 | | | | | 11/1/2024 | (1) | $1.0500 | $105 | | | | | |
| David Wallentine | C 20241220 10 | | | | | 11/1/2024 | (1) | $1.1500 | $115 | | | | | |
| **David Wallentine** | **C 20241220 10** | | **45** | | **($3,097)** | | **(45)** | | **$5,464** | **0** | **0** | **$0** | **$2,367** | **$2,367** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20241220 5 | 4/22/2024 | 25 | $2.3700 | ($5,925) | 10/18/2024 | (20) | $5.4500 | $10,900 | | | | | |
| David Wallentine | C 20241220 5 | 6/28/2024 | 8 | $1.1000 | ($880) | 10/28/2024 | (32) | $4.7800 | $15,296 | | | | | |
| David Wallentine | C 20241220 5 | 7/1/2024 | 4 | $1.2500 | ($500) | | | | | | | | | |
| David Wallentine | C 20241220 5 | 7/19/2024 | 10 | $2.0900 | ($2,090) | | | | | | | | | |
| David Wallentine | C 20241220 5 | 10/25/2024 | 5 | $4.9000 | ($2,450) | | | | | | | | | |
| **David Wallentine** | **C 20241220 5** | | **52** | | **($11,845)** | | **(52)** | | **$26,196** | **0** | **0** | **$0** | **$14,351** | **$14,351** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20241220 7.5 | 6/25/2024 | 6 | $0.8000 | ($480) | 7/15/2024 | (22) | $0.8000 | $1,760 | | | | | |
| David Wallentine | C 20241220 7.5 | 6/28/2024 | 16 | $0.4500 | ($720) | 11/22/2024 | (20) | $2.4000 | $4,800 | | | | | |

*Avg Closing Prices from February 14, 2025 to May 14, 2025

**Perpetua Resources Corp. (PPTA)**
**Class Period: April 17, 2024 to February 13, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $11.2573 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Wallentine | C 20241220 7.5 | 10/21/2024 | 3 | $3.4000 | ($1,020) | 11/25/2024 | (20) | $1.9000 | $3,800 | | | | | |
| David Wallentine | C 20241220 7.5 | 10/25/2024 | 1 | $2.4500 | ($245) | 11/25/2024 | (3) | $1.9900 | $597 | | | | | |
| David Wallentine | C 20241220 7.5 | 10/25/2024 | 3 | $2.5800 | ($774) | 11/25/2024 | (2) | $1.9600 | $392 | | | | | |
| David Wallentine | C 20241220 7.5 | 10/25/2024 | 4 | $2.5600 | ($1,024) | | | | | | | | | |
| David Wallentine | C 20241220 7.5 | 10/28/2024 | 32 | $2.5800 | ($8,256) | | | | | | | | | |
| David Wallentine | C 20241220 7.5 | 11/1/2024 | 1 | $2.7500 | ($275) | | | | | | | | | |
| David Wallentine | C 20241220 7.5 | 11/1/2024 | 1 | $2.8400 | ($284) | | | | | | | | | |
| **David Wallentine** | **C 20241220 7.5** | | **67** | | **($13,078)** | | **(67)** | | **$11,349** | **0** | **0** | **$0** | **($1,729)** | **($1,729)** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20250117 10 | 12/11/2024 | 1 | $3.2100 | ($321) | 11/22/2024 | (20) | $1.0700 | $2,140 | | | | | |
| David Wallentine | C 20250117 10 | 12/11/2024 | 24 | $3.1700 | ($7,608) | 12/4/2024 | (3) | $1.9000 | $570 | | | | | |
| David Wallentine | C 20250117 10 | 12/13/2024 | 14 | $2.2300 | ($3,122) | 12/10/2024 | (2) | $2.5700 | $514 | | | | | |
| David Wallentine | C 20250117 10 | 12/13/2024 | 51 | $2.2400 | ($11,424) | 12/16/2024 | (61) | $2.6500 | $16,165 | | | | | |
| David Wallentine | C 20250117 10 | 12/16/2024 | 25 | $2.9000 | ($7,250) | 12/16/2024 | (3) | $2.6500 | $795 | | | | | |
| David Wallentine | C 20250117 10 | | | | | 12/16/2024 | (1) | $2.6500 | $265 | | | | | |
| David Wallentine | C 20250117 10 | | | | | 1/10/2025 | (15) | $2.2300 | $3,345 | | | | | |
| David Wallentine | C 20250117 10 | | | | | 1/10/2025 | (10) | $2.5500 | $2,550 | | | | | |
| **David Wallentine** | **C 20250117 10** | | **115** | | **($29,725)** | | **(115)** | | **$26,344** | **0** | **0** | **$0** | **($3,381)** | **($3,381)** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20250117 12.5 | 1/10/2025 | 10 | $0.7500 | ($750) | 12/11/2024 | (13) | $1.4900 | $1,937 | | | | | |
| David Wallentine | C 20250117 12.5 | 1/10/2025 | 15 | $0.4800 | ($720) | 12/11/2024 | (11) | $1.4800 | $1,628 | | | | | |
| David Wallentine | C 20250117 12.5 | | | | | 12/11/2024 | (1) | $1.5200 | $152 | | | | | |
| **David Wallentine** | **C 20250117 12.5** | | **25** | | **($1,470)** | | **(25)** | | **$3,717** | **0** | **0** | **$0** | **$2,247** | **$2,247** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20250117 7.5 | 11/22/2024 | 20 | $2.7200 | ($5,440) | 12/16/2024 | (25) | $5.1000 | $12,750 | | | | | |
| David Wallentine | C 20250117 7.5 | 11/25/2024 | 2 | $2.2900 | ($458) | | | | | | | | | |
| David Wallentine | C 20250117 7.5 | 11/25/2024 | 3 | $2.2600 | ($678) | | | | | | | | | |
| **David Wallentine** | **C 20250117 7.5** | | **25** | | **($6,576)** | | **(25)** | | **$12,750** | **0** | **0** | **$0** | **$6,174** | **$6,174** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20250221 10 | 12/27/2024 | 40 | $1.5300 | ($6,120) | 1/6/2025 | (40) | $3.4500 | $13,800 | | | | | |
| David Wallentine | C 20250221 10 | 1/10/2025 | 4 | $2.5600 | ($1,024) | 2/12/2025 | (5) | $1.8700 | $935 | | | | | |
| David Wallentine | C 20250221 10 | 1/10/2025 | 15 | $2.6500 | ($3,975) | 2/13/2025 | (50) | $1.7500 | $8,750 | | | | | |
| David Wallentine | C 20250221 10 | 1/28/2025 | 1 | $1.7300 | ($173) | 2/20/2025 | (64) | $0.0500 | $320 | | | | | |
| David Wallentine | C 20250221 10 | 1/28/2025 | 99 | $1.7100 | ($16,929) | | | | | | | | | |
| **David Wallentine** | **C 20250221 10** | | **159** | | **($28,221)** | | **(159)** | | **$23,805** | **64** | **0** | **$0** | **($4,416)** | **($4,416)** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20250221 12.5 | 1/6/2025 | 40 | $1.9500 | ($7,800) | 12/27/2024 | (40) | $0.5300 | $2,120 | | | | | |
| David Wallentine | C 20250221 12.5 | 2/12/2025 | 5 | $0.3200 | ($160) | 1/10/2025 | (15) | $1.2100 | $1,815 | | | | | |
| David Wallentine | C 20250221 12.5 | 2/13/2025 | 50 | $0.2000 | ($1,000) | 1/10/2025 | (4) | $1.2000 | $480 | | | | | |
| David Wallentine | C 20250221 12.5 | 2/20/2025 | 64 | $0.0500 | ($320) | 1/28/2025 | (99) | $0.4400 | $4,356 | | | | | |
| David Wallentine | C 20250221 12.5 | | | | | 1/28/2025 | (1) | $0.4300 | $43 | | | | | |
| **David Wallentine** | **C 20250221 12.5** | | **159** | | **($9,280)** | | **(159)** | | **$8,814** | **(64)** | **0** | **$0** | **($466)** | **($466)** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20250321 10 | 12/10/2024 | 3 | $3.2000 | ($960) | 10/9/2024 | (5) | $1.3200 | $660 | | | | | |
| David Wallentine | C 20250321 10 | 12/10/2024 | 27 | $3.1500 | ($8,505) | 10/15/2024 | (5) | $1.8000 | $900 | | | | | |
| David Wallentine | C 20250321 10 | 12/11/2024 | 30 | $3.7700 | ($11,310) | 10/16/2024 | (15) | $1.9200 | $2,880 | | | | | |

*Avg Closing Prices from February 14, 2025 to May 14, 2025

**Perpetua Resources Corp. (PPTA)**
**Class Period: April 17, 2024 to February 13, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $11.2573 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Wallentine | C 20250321 10 | 12/11/2024 | 30 | $3.8000 | ($11,400) | 10/22/2024 | (50) | $2.3000 | $11,500 | | | | | |
| David Wallentine | C 20250321 10 | 12/12/2024 | 1 | $3.1000 | ($310) | 10/22/2024 | (20) | $2.4400 | $4,880 | | | | | |
| David Wallentine | C 20250321 10 | 12/12/2024 | 1 | $3.2200 | ($322) | 10/23/2024 | (10) | $2.0000 | $2,000 | | | | | |
| David Wallentine | C 20250321 10 | 12/12/2024 | 90 | $3.0800 | ($27,720) | 10/24/2024 | (10) | $1.9000 | $1,900 | | | | | |
| David Wallentine | C 20250321 10 | 12/12/2024 | 100 | $3.0700 | ($30,700) | 10/28/2024 | (50) | $1.7500 | $8,750 | | | | | |
| David Wallentine | C 20250321 10 | 12/12/2024 | 100 | $3.3400 | ($33,400) | 11/11/2024 | (54) | $1.1500 | $6,210 | | | | | |
| David Wallentine | C 20250321 10 | 12/12/2024 | 120 | $3.0300 | ($36,360) | 11/11/2024 | (10) | $1.0700 | $1,070 | | | | | |
| David Wallentine | C 20250321 10 | 12/12/2024 | 124 | $3.0800 | ($38,192) | 11/11/2024 | (6) | $1.1400 | $684 | | | | | |
| David Wallentine | C 20250321 10 | 12/12/2024 | 124 | $3.2000 | ($39,680) | 11/13/2024 | (60) | $1.2300 | $7,380 | | | | | |
| David Wallentine | C 20250321 10 | 12/13/2024 | 100 | $2.8700 | ($28,700) | 11/13/2024 | (50) | $1.8700 | $9,350 | | | | | |
| David Wallentine | C 20250321 10 | 12/13/2024 | 150 | $2.8200 | ($42,300) | 11/14/2024 | (90) | $1.4500 | $13,050 | | | | | |
| David Wallentine | C 20250321 10 | 12/16/2024 | 4 | $3.4200 | ($1,368) | 11/14/2024 | (80) | $1.2200 | $9,760 | | | | | |
| David Wallentine | C 20250321 10 | 12/16/2024 | 5 | $3.0000 | ($1,500) | 11/14/2024 | (50) | $1.1200 | $5,600 | | | | | |
| David Wallentine | C 20250321 10 | 12/16/2024 | 5 | $3.2800 | ($1,640) | 11/14/2024 | (10) | $1.1200 | $1,120 | | | | | |
| David Wallentine | C 20250321 10 | 12/16/2024 | 5 | $3.3500 | ($1,675) | 11/14/2024 | (10) | $1.1700 | $1,170 | | | | | |
| David Wallentine | C 20250321 10 | 12/16/2024 | 8 | $3.3300 | ($2,664) | 11/14/2024 | (10) | $1.3000 | $1,300 | | | | | |
| David Wallentine | C 20250321 10 | 12/16/2024 | 10 | $2.9500 | ($2,950) | 11/14/2024 | (5) | $1.1000 | $550 | | | | | |
| David Wallentine | C 20250321 10 | 12/16/2024 | 67 | $3.2800 | ($21,976) | 11/14/2024 | (5) | $1.1400 | $570 | | | | | |
| David Wallentine | C 20250321 10 | 12/16/2024 | 90 | $3.4000 | ($30,600) | 11/14/2024 | (3) | $1.0900 | $327 | | | | | |
| David Wallentine | C 20250321 10 | 12/17/2024 | 50 | $3.2900 | ($16,450) | 11/14/2024 | (1) | $1.1200 | $112 | | | | | |
| David Wallentine | C 20250321 10 | 12/17/2024 | 100 | $3.4700 | ($34,700) | 11/14/2024 | (1) | $1.1700 | $117 | | | | | |
| David Wallentine | C 20250321 10 | 12/27/2024 | 1 | $2.7200 | ($272) | 11/25/2024 | (20) | $1.3000 | $2,600 | | | | | |
| David Wallentine | C 20250321 10 | 12/27/2024 | 99 | $2.6800 | ($26,532) | 3/11/2025 | (100) | $0.2100 | $2,100 | | | | | |
| David Wallentine | C 20250321 10 | 12/27/2024 | 100 | $2.2100 | ($22,100) | 3/12/2025 | (100) | $0.1800 | $1,800 | | | | | |
| David Wallentine | C 20250321 10 | 1/21/2025 | 1 | $2.9300 | ($293) | 3/12/2025 | (100) | $0.2500 | $2,500 | | | | | |
| David Wallentine | C 20250321 10 | 1/21/2025 | 99 | $2.8800 | ($28,512) | 3/12/2025 | (100) | $0.5800 | $5,800 | | | | | |
| David Wallentine | C 20250321 10 | 1/28/2025 | 1 | $2.1100 | ($211) | 3/13/2025 | (100) | $0.2800 | $2,800 | | | | | |
| David Wallentine | C 20250321 10 | 1/28/2025 | 1 | $2.5300 | ($253) | 3/13/2025 | (100) | $0.2900 | $2,900 | | | | | |
| David Wallentine | C 20250321 10 | 1/28/2025 | 10 | $2.1500 | ($2,150) | 3/13/2025 | (100) | $0.3100 | $3,100 | | | | | |
| David Wallentine | C 20250321 10 | 1/28/2025 | 89 | $2.5100 | ($22,339) | 3/13/2025 | (100) | $0.3100 | $3,100 | | | | | |
| David Wallentine | C 20250321 10 | 2/13/2025 | 1 | $2.2200 | ($222) | 3/13/2025 | (100) | $0.3100 | $3,100 | | | | | |
| David Wallentine | C 20250321 10 | 2/13/2025 | 8 | $2.1800 | ($1,744) | 3/13/2025 | (100) | $0.3100 | $3,100 | | | | | |
| David Wallentine | C 20250321 10 | 2/13/2025 | 50 | $2.0500 | ($10,250) | 3/13/2025 | (89) | $0.2800 | $2,492 | | | | | |
| David Wallentine | C 20250321 10 | | | | | 3/14/2025 | (85) | $0.4200 | $3,570 | | | | | |
| **David Wallentine** | **C 20250321 10** | | **1,804** | | **($540,260)** | | **(1,804)** | | **$130,802** | **1,174** | **0** | **$0** | **($409,458)** | **($409,458)** |
| David Wallentine | C 20250321 12.5 | 3/11/2025 | 100 | $0.0100 | ($100) | 12/12/2024 | (124) | $1.8200 | $22,568 | | | | | |
| David Wallentine | C 20250321 12.5 | 3/12/2025 | 100 | $0.0300 | ($300) | 12/12/2024 | (124) | $1.9400 | $24,056 | | | | | |
| David Wallentine | C 20250321 12.5 | 3/12/2025 | 100 | $0.0500 | ($500) | 12/12/2024 | (120) | $1.7800 | $21,360 | | | | | |
| David Wallentine | C 20250321 12.5 | 3/12/2025 | 100 | $0.3800 | ($3,800) | 12/12/2024 | (1) | $1.8000 | $180 | | | | | |
| David Wallentine | C 20250321 12.5 | 3/14/2025 | 100 | $0.1600 | ($1,600) | 12/12/2024 | (1) | $1.9200 | $192 | | | | | |
| David Wallentine | C 20250321 12.5 | 3/13/2025 | 100 | $0.1100 | ($1,100) | 12/16/2024 | (90) | $2.0500 | $18,450 | | | | | |
| David Wallentine | C 20250321 12.5 | 3/13/2025 | 100 | $0.1000 | ($1,000) | 12/16/2024 | (67) | $2.0300 | $13,601 | | | | | |
| David Wallentine | C 20250321 12.5 | 3/13/2025 | 100 | $0.0900 | ($900) | 12/16/2024 | (10) | $1.7000 | $1,700 | | | | | |
| David Wallentine | C 20250321 12.5 | 3/13/2025 | 89 | $0.0800 | ($712) | 12/16/2024 | (8) | $2.0800 | $1,664 | | | | | |
| David Wallentine | C 20250321 12.5 | 3/13/2025 | 100 | $0.0800 | ($800) | 12/16/2024 | (5) | $1.7500 | $875 | | | | | |

*Avg Closing Prices from February 14, 2025 to May 14, 2025

**Perpetua Resources Corp. (PPTA)**
**Class Period: April 17, 2024 to February 13, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $11.2573 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Wallentine | C 20250321 12.5 | 3/13/2025 | 100 | $0.0600 | ($600) | 12/16/2024 | (5) | $2.0300 | $1,015 | | | | | |
| David Wallentine | C 20250321 12.5 | 3/13/2025 | 85 | $0.0600 | ($510) | 12/16/2024 | (5) | $2.1000 | $1,050 | | | | | |
| David Wallentine | C 20250321 12.5 | | | | | 12/16/2024 | (4) | $2.1700 | $868 | | | | | |
| David Wallentine | C 20250321 12.5 | | | | | 12/17/2024 | (100) | $2.2200 | $22,200 | | | | | |
| David Wallentine | C 20250321 12.5 | | | | | 12/17/2024 | (50) | $2.0000 | $10,000 | | | | | |
| David Wallentine | C 20250321 12.5 | | | | | 12/27/2024 | (100) | $1.1500 | $11,500 | | | | | |
| David Wallentine | C 20250321 12.5 | | | | | 12/27/2024 | (99) | $1.6700 | $16,533 | | | | | |
| David Wallentine | C 20250321 12.5 | | | | | 12/27/2024 | (1) | $1.6200 | $162 | | | | | |
| David Wallentine | C 20250321 12.5 | | | | | 1/21/2025 | (100) | $1.5300 | $15,300 | | | | | |
| David Wallentine | C 20250321 12.5 | | | | | 1/28/2025 | (89) | $1.3400 | $11,926 | | | | | |
| David Wallentine | C 20250321 12.5 | | | | | 1/28/2025 | (10) | $0.8500 | $850 | | | | | |
| David Wallentine | C 20250321 12.5 | | | | | 1/28/2025 | (1) | $0.8900 | $89 | | | | | |
| David Wallentine | C 20250321 12.5 | | | | | 1/28/2025 | (1) | $1.3300 | $133 | | | | | |
| David Wallentine | C 20250321 12.5 | | | | | 2/13/2025 | (50) | $0.7500 | $3,750 | | | | | |
| David Wallentine | C 20250321 12.5 | | | | | 2/13/2025 | (8) | $0.8600 | $688 | | | | | |
| David Wallentine | C 20250321 12.5 | | | | | 2/13/2025 | (1) | $0.8400 | $84 | | | | | |
| **David Wallentine** | **C 20250321 12.5** | | **1,174** | | **($11,922)** | | **(1,174)** | | **$200,794** | **(1,174)** | **0** | **$0** | **$188,872** | **$188,872** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20250321 5 | 10/2/2024 | 5 | $4.8300 | ($2,415) | 10/23/2024 | (25) | $5.4000 | $13,500 | | | | | |
| David Wallentine | C 20250321 5 | 10/18/2024 | 20 | $5.7400 | ($11,480) | | | | | | | | | |
| **David Wallentine** | **C 20250321 5** | | **25** | | **($13,895)** | | **(25)** | | **$13,500** | **0** | **0** | **$0** | **($395)** | **($395)** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20250321 7.5 | 10/9/2024 | 5 | $2.4200 | ($1,210) | 12/10/2024 | (12) | $4.8600 | $5,832 | | | | | |
| David Wallentine | C 20250321 7.5 | 10/16/2024 | 15 | $3.2200 | ($4,830) | 12/10/2024 | (12) | $4.9300 | $5,916 | | | | | |
| David Wallentine | C 20250321 7.5 | 10/22/2024 | 50 | $3.8000 | ($19,000) | 12/10/2024 | (3) | $4.9000 | $1,470 | | | | | |
| David Wallentine | C 20250321 7.5 | 10/23/2024 | 10 | $3.4000 | ($3,400) | 12/10/2024 | (3) | $4.9100 | $1,473 | | | | | |
| David Wallentine | C 20250321 7.5 | 10/23/2024 | 25 | $3.4600 | ($8,650) | 12/11/2024 | (30) | $5.6300 | $16,890 | | | | | |
| David Wallentine | C 20250321 7.5 | 10/24/2024 | 10 | $3.2500 | ($3,250) | 12/11/2024 | (30) | $5.6600 | $16,980 | | | | | |
| David Wallentine | C 20250321 7.5 | 10/28/2024 | 50 | $3.1000 | ($15,500) | 12/12/2024 | (100) | $4.7200 | $47,200 | | | | | |
| David Wallentine | C 20250321 7.5 | 11/11/2024 | 6 | $2.2700 | ($1,362) | 12/12/2024 | (100) | $5.0000 | $50,000 | | | | | |
| David Wallentine | C 20250321 7.5 | 11/11/2024 | 10 | $2.2700 | ($2,270) | 12/12/2024 | (90) | $4.7300 | $42,570 | | | | | |
| David Wallentine | C 20250321 7.5 | 11/11/2024 | 54 | $2.2900 | ($12,366) | 12/13/2024 | (150) | $4.4700 | $67,050 | | | | | |
| David Wallentine | C 20250321 7.5 | 11/13/2024 | 50 | $3.2800 | ($16,400) | 12/13/2024 | (100) | $4.4700 | $44,700 | | | | | |
| David Wallentine | C 20250321 7.5 | 11/13/2024 | 60 | $2.4900 | ($14,940) | | | | | | | | | |
| David Wallentine | C 20250321 7.5 | 11/14/2024 | 1 | $2.2400 | ($224) | | | | | | | | | |
| David Wallentine | C 20250321 7.5 | 11/14/2024 | 1 | $2.2900 | ($229) | | | | | | | | | |
| David Wallentine | C 20250321 7.5 | 11/14/2024 | 3 | $2.3200 | ($696) | | | | | | | | | |
| David Wallentine | C 20250321 7.5 | 11/14/2024 | 5 | $2.3100 | ($1,155) | | | | | | | | | |
| David Wallentine | C 20250321 7.5 | 11/14/2024 | 5 | $2.3900 | ($1,195) | | | | | | | | | |
| David Wallentine | C 20250321 7.5 | 11/14/2024 | 10 | $2.3800 | ($2,380) | | | | | | | | | |
| David Wallentine | C 20250321 7.5 | 11/14/2024 | 10 | $2.4300 | ($2,430) | | | | | | | | | |
| David Wallentine | C 20250321 7.5 | 11/14/2024 | 10 | $2.5000 | ($2,500) | | | | | | | | | |
| David Wallentine | C 20250321 7.5 | 11/14/2024 | 40 | $2.6500 | ($10,600) | | | | | | | | | |
| David Wallentine | C 20250321 7.5 | 11/14/2024 | 50 | $2.2500 | ($11,250) | | | | | | | | | |
| David Wallentine | C 20250321 7.5 | 11/14/2024 | 50 | $2.6400 | ($13,200) | | | | | | | | | |
| David Wallentine | C 20250321 7.5 | 11/14/2024 | 80 | $2.5100 | ($20,080) | | | | | | | | | |

*Avg Closing Prices from February 14, 2025 to May 14, 2025

**Perpetua Resources Corp. (PPTA)**
**Class Period: April 17, 2024 to February 13, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $11.2573 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Wallentine | C 20250321 7.5 | 11/25/2024 | 20 | $2.5800 | ($5,160) | | | | | | | | | |
| **David Wallentine** | **C 20250321 7.5** | | **630** | | **($174,277)** | | **(630)** | | **$300,081** | **0** | **0** | **$0** | **$125,804** | **$125,804** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20250620 10 | 10/21/2024 | 10 | $2.8500 | ($2,850) | 2/12/2025 | (10) | $3.1300 | $3,130 | | | | | |
| David Wallentine | C 20250620 10 | 10/22/2024 | 50 | $2.8000 | ($14,000) | 3/19/2025 | (50) | $2.3300 | $11,650 | | | | | |
| David Wallentine | C 20250620 10 | 10/22/2024 | 100 | $2.8200 | ($28,200) | 3/21/2025 | (6) | $2.5500 | $1,530 | | | | | |
| David Wallentine | C 20250620 10 | 10/23/2024 | 50 | $1.8400 | ($9,200) | 4/14/2025 | (100) | $3.3000 | $33,000 | | | | | |
| David Wallentine | C 20250620 10 | 11/11/2024 | 2 | $1.7800 | ($356) | 4/14/2025 | (50) | $3.1800 | $15,900 | | | | | |
| David Wallentine | C 20250620 10 | 11/11/2024 | 3 | $1.4000 | ($420) | 4/17/2025 | (5) | $3.9500 | $1,975 | | | | | |
| David Wallentine | C 20250620 10 | 11/22/2024 | 5 | $2.1500 | ($1,075) | 5/8/2025 | (100) | $4.7500 | $47,500 | | | | | |
| David Wallentine | C 20250620 10 | 11/25/2024 | 2 | $1.7600 | ($352) | 5/12/2025 | (50) | $2.3800 | $11,900 | | | | | |
| David Wallentine | C 20250620 10 | 11/25/2024 | 3 | $1.4600 | ($438) | 5/12/2025 | (50) | $2.5000 | $12,500 | | | | | |
| David Wallentine | C 20250620 10 | 11/29/2024 | 5 | $1.9600 | ($980) | 5/12/2025 | (20) | $2.2700 | $4,540 | | | | | |
| David Wallentine | C 20250620 10 | 12/3/2024 | 1 | $2.0800 | ($208) | 5/12/2025 | (14) | $2.2500 | $3,150 | | | | | |
| David Wallentine | C 20250620 10 | 12/3/2024 | 1 | $2.3500 | ($235) | 5/12/2025 | (10) | $2.2000 | $2,200 | | | | | |
| David Wallentine | C 20250620 10 | 12/4/2024 | 1 | $2.9000 | ($290) | 5/12/2025 | (6) | $2.2000 | $1,320 | | | | | |
| David Wallentine | C 20250620 10 | 12/9/2024 | 5 | $5.1700 | ($2,585) | | | | | | | | | |
| David Wallentine | C 20250620 10 | 12/10/2024 | 1 | $3.8800 | ($388) | | | | | | | | | |
| David Wallentine | C 20250620 10 | 12/10/2024 | 2 | $3.8500 | ($770) | | | | | | | | | |
| David Wallentine | C 20250620 10 | 12/10/2024 | 3 | $3.9100 | ($1,173) | | | | | | | | | |
| David Wallentine | C 20250620 10 | 12/10/2024 | 10 | $3.8700 | ($3,870) | | | | | | | | | |
| David Wallentine | C 20250620 10 | 12/10/2024 | 12 | $3.8500 | ($4,620) | | | | | | | | | |
| David Wallentine | C 20250620 10 | 12/10/2024 | 18 | $3.8800 | ($6,984) | | | | | | | | | |
| David Wallentine | C 20250620 10 | 12/11/2024 | 30 | $4.4500 | ($13,350) | | | | | | | | | |
| David Wallentine | C 20250620 10 | 12/11/2024 | 30 | $4.4800 | ($13,440) | | | | | | | | | |
| David Wallentine | C 20250620 10 | 12/13/2024 | 8 | $3.4500 | ($2,760) | | | | | | | | | |
| David Wallentine | C 20250620 10 | 1/6/2025 | 48 | $4.4500 | ($21,360) | | | | | | | | | |
| David Wallentine | C 20250620 10 | 1/10/2025 | 5 | $3.9500 | ($1,975) | | | | | | | | | |
| David Wallentine | C 20250620 10 | 1/10/2025 | 10 | $4.0500 | ($4,050) | | | | | | | | | |
| David Wallentine | C 20250620 10 | 1/21/2025 | 3 | $3.7000 | ($1,110) | | | | | | | | | |
| David Wallentine | C 20250620 10 | 1/21/2025 | 90 | $3.7900 | ($34,110) | | | | | | | | $2.1300 | |
| **David Wallentine** | **C 20250620 10** | | **508** | | **($171,149)** | | **(471)** | | **$150,295** | **498** | **37** | **$7,881** | **($12,973)** | **($12,973)** |
| | | | | | | | | | | | | | | |
| David Wallentine | C 20250620 12.5 | 2/12/2025 | 10 | $2.0300 | ($2,030) | 10/21/2024 | (10) | $1.9500 | $1,950 | | | | | |
| David Wallentine | C 20250620 12.5 | 3/19/2025 | 50 | $1.3300 | ($6,650) | 10/22/2024 | (100) | $1.6200 | $16,200 | | | | | |
| David Wallentine | C 20250620 12.5 | 3/21/2025 | 6 | $1.4500 | ($870) | 10/22/2024 | (50) | $1.8000 | $9,000 | | | | | |
| David Wallentine | C 20250620 12.5 | 4/14/2025 | 1 | $2.2900 | ($229) | 10/23/2024 | (50) | $0.9800 | $4,900 | | | | | |
| David Wallentine | C 20250620 12.5 | 4/14/2025 | 49 | $2.2600 | ($11,074) | 11/11/2024 | (3) | $0.6600 | $198 | | | | | |
| David Wallentine | C 20250620 12.5 | 4/14/2025 | 100 | $1.7300 | ($17,300) | 11/11/2024 | (2) | $0.9100 | $182 | | | | | |
| David Wallentine | C 20250620 12.5 | 4/17/2025 | 5 | $2.3000 | ($1,150) | 11/22/2024 | (5) | $1.3200 | $660 | | | | | |
| David Wallentine | C 20250620 12.5 | 5/8/2025 | 100 | $2.8500 | ($28,500) | 11/25/2024 | (3) | $0.6400 | $192 | | | | | |
| David Wallentine | C 20250620 12.5 | 5/12/2025 | 6 | $1.0000 | ($600) | 11/25/2024 | (2) | $0.8800 | $176 | | | | | |
| David Wallentine | C 20250620 12.5 | 5/12/2025 | 20 | $0.9300 | ($1,860) | 11/29/2024 | (5) | $1.1900 | $595 | | | | | |
| David Wallentine | C 20250620 12.5 | 5/12/2025 | 24 | $0.9900 | ($2,376) | 12/3/2024 | (1) | $1.2800 | $128 | | | | | |
| David Wallentine | C 20250620 12.5 | 5/12/2025 | 50 | $0.9800 | ($4,900) | 12/3/2024 | (1) | $1.5800 | $158 | | | | | |
| David Wallentine | C 20250620 12.5 | 5/12/2025 | 50 | $1.2000 | ($6,000) | 12/4/2024 | (1) | $1.9000 | $190 | | | | | |

*Avg Closing Prices from February 14, 2025 to May 14, 2025

**Perpetua Resources Corp. (PPTA)**
**Class Period: April 17, 2024 to February 13, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 90-Days* Mean Price $11.2573 Estimated Value | FIFO Estimated Gain(Loss) | LIFO Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Wallentine | C 20250620 12.5 | | | | | 12/9/2024 | (5) | $4.0700 | $2,035 | | | | | |
| David Wallentine | C 20250620 12.5 | | | | | 12/10/2024 | (30) | $2.7700 | $8,310 | | | | | |
| David Wallentine | C 20250620 12.5 | | | | | 12/10/2024 | (10) | $2.7300 | $2,730 | | | | | |
| David Wallentine | C 20250620 12.5 | | | | | 12/10/2024 | (3) | $2.7800 | $834 | | | | | |
| David Wallentine | C 20250620 12.5 | | | | | 12/10/2024 | (2) | $2.8000 | $560 | | | | | |
| David Wallentine | C 20250620 12.5 | | | | | 12/10/2024 | (1) | $2.7300 | $273 | | | | | |
| David Wallentine | C 20250620 12.5 | | | | | 12/11/2024 | (30) | $3.2900 | $9,870 | | | | | |
| David Wallentine | C 20250620 12.5 | | | | | 12/11/2024 | (30) | $3.3200 | $9,960 | | | | | |
| David Wallentine | C 20250620 12.5 | | | | | 12/13/2024 | (8) | $2.4400 | $1,952 | | | | | |
| David Wallentine | C 20250620 12.5 | | | | | 1/6/2025 | (48) | $3.2500 | $15,600 | | | | | |
| David Wallentine | C 20250620 12.5 | | | | | 1/10/2025 | (10) | $2.8800 | $2,880 | | | | | |
| David Wallentine | C 20250620 12.5 | | | | | 1/10/2025 | (5) | $2.8000 | $1,400 | | | | | |
| David Wallentine | C 20250620 12.5 | | | | | 1/21/2025 | (90) | $2.5800 | $23,220 | | | | | |
| David Wallentine | C 20250620 12.5 | | | | | 1/21/2025 | (3) | $2.5100 | $753 | | | $1.3700 | | |
| **David Wallentine** | **C 20250620 12.5** | | **471** | | **($83,539)** | | **(508)** | | **$114,906** | **(498)** | **(37)** | **($5,069)** | **$26,298** | **$26,298** |

*Avg Closing Prices from February 14, 2025 to May 14, 2025