# EXHIBIT C



*Source:* Levi & Korsinsky, LLP

*March 21, 2025 13:38 ET*

## SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Perpetua Resources Corp. Securities and Sets a Lead Plaintiff Deadline of May 20, 2025

NEW YORK, March 21, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Perpetua Resources Corp. ("Perpetua" or the "Company") (NASDAQ: PPTA) between April 17, 2024, to February 13, 2025, both dates inclusive. You are hereby notified** that the class action lawsuit *Francisco Barnes v. Perpetua Resources Corp., et al.* (Case No. 1:25-cv-00160-DKG) has been commenced in the United States District Court for the District of Idaho. To get more information **go to:**

[https://zlk.com/pslra-1/perpetua-resources-corp-lawsuit-submission-form](https://zlk.com/pslra-1/perpetua-resources-corp-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided investors with material information concerning Perpetua's expected initial capital expenditure for the Stibnite Gold Project. Defendants' statements included, among other things, minimization of the impact of inflation and other potential sources for increased capital expenditure costs for the project.

On February 13, 2025, Perpetua published an updated cash flow model for the Stibnite Gold Project, unveiling additional capital expenses of $952 million, a more than 75% increase from the original figures presented to investors and well beyond the suggested 10-20% increase contemplated by defendants. The Company attributed these increased costs on inflation, indirect costs, higher mining costs, and direct decisions defendants made with respect to the project, including the choice to change the design of the electrical poles from timber to steel and the decision to "buy-and-build instead of lease the oxygen plant."

Following this news, the price of Perpetua's common stock declined dramatically. From a closing market price of $11.97 per share on February 13, 2025, Perpetua's stock price fell to $9.29 per share on February 14, 2025, a decline of about 22.39% in the span of just a single day.

**If you suffered a loss in PPTA securities, you have until May 20, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has

ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com