# EXHIBIT F

# RAMSDEN, MARFICE, EALY & DE SMET, LLP
## ——— ATTORNEYS AT LAW ———

P.O. BOX 1336, COEUR D'ALENE, ID  83816 | 700 NORTHWEST BLVD, COEUR D'ALENE, ID 83814
E-MAIL: FIRM@RMEDLAW.COM |WEB: WWW.RMEDLAW.COM
TELEPHONE: 208-664-5818 | FACSIMILE: 208-664-5884

| | | |
|---|---|---|
| MICHAEL E. RAMSDEN, OF COUNSEL * | * LICENSED IN ID & WA | MATTHEW C. NIEMELA * |
| DOUGLAS S. MARFICE * | § LICENSED IN WA & MI | FERNANDO R. ACEVES § |
| MICHAEL A. EALY * | ɬ LICENSED IN ID, WA & AZ | JACOB R. LAUSER ɬ |
| THERON J. DE SMET * | | WILLIAM F. BOYD, RET. |
| MARCUS E. JOHNSON * | | MICHAEL K. BRANSTETTER, RET. |
| JACK A. MOSBY * | | TERRANCE R. HARRIS (1963-2021) |

May 19, 2025

## Ramsden, Marfice, Ealy & DeSmet
## Firm Resume

Ramsden, Marfice, Ealy and De Smet, LLP is a regional law firm with principal offices located in Coeur d'Alene, Idaho. We represent clients throughout Idaho and Washington, with attorneys actively licensed to practice in both state and federal courts in those jurisdictions as well as in Michigan and Arizona. Our firm offers a team approach with nine experienced and dedicated attorneys and five paralegal professionals providing top-quality services across a diverse spectrum of legal disciplines. The firm, through two of its principals, holds an *AV-Preeminent* rating by Martindale-Hubble, the highest rating possible.

## LITIGATION EXPERIENCE

Ramsden, Marfice, Ealy and De Smet, LLP's lawyers have litigated hundreds of cases, in multiple venues, in districts throughout the states of Idaho and Washington, Superior Courts throughout the state of Washington, the U.S. District Court for the District of Idaho, and the Eastern and Western U.S. District Courts of Washington. Our lawyers have also engaged in appellate practice before the Idaho and Washington Supreme Courts, the Idaho and Washington Courts of Appeals, and the United States Court of Appeals for the Ninth Circuit.  We excel at serving the needs of individuals and businesses in a wide variety of civil practice areas including liability defense, professional malpractice defense, catastrophic injury/wrongful death claims, construction defect cases, real estate (transactional, development & litigation), business law, estate planning services, estate/trust litigation, and complex commercial litigation and arbitration, among others.

## CLASS ACTION/CAFA EXPERIENCE

Our firm's lawyers have served as both liaison (local) counsel and as co-lead counsel in certified class action matters in the U.S. District Court for the District of Idaho, Idaho and Washington State Courts, and as consulting counsel in certified class action cases in the United States Court of Federal Claims. Representative samples of these cases include:

1

*Silver Buckle Mines, Inc. v. The United States.* -  United States Court of Federal Claims, No.13-476C

*Cayne, et al v. Washington Trust Bank and West Sprague Holdings, LLC.* - United States District Court, District of Idaho, Case No. 2:12-cv-00584-REB

*Halvorsen, et al. v. Peterson Enterprises, Inc*. - United States District Court, Eastern District of Washington, Case No. 2:16-cv-00287-RMP

*Baugh, et al. v. Asarco Incorporated, et al.* - First Judicial District Court, Idaho, Case No. CV-02-00131

*Lawrence ("Bud") Moon, et al. v. North Idaho Farmers Association, et al.* - First Judicial District Court, Idaho, Case No. CV02-3890

*Imholte v. Seasons At Sandpoint Association, Inc.* - First Judicial District Court, Idaho, Case No. CV-2013-0232

*Camp Easton, Inc. et al. v. Inland Council Boy Scouts of America, et al.* - First Judicial District Court, Idaho, Case No. CV04-3064

*Mica Bay Property Owners, Assn. v. Idaho Transportation Department et al*. - First Judicial District Court, Idaho, Case No. CV02-00131

*Klein v. Micron Technology Inc. et al*. - United States District Court, Idaho, Case No. 1:25-cv-00191-BLW

DSM/ac

2