UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| FRANCISCO BARNES, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PERPETUA RESOURCES CORP., JONATHAN CHERRY, and JESSICA LARGENT,<br><br>　　　　Defendants. | Case No.: 1:25-cv-00160-DKG<br><br>**ORDER RE: JOINT MOTION TO FILE OVERLENGTH BRIEFING (DKT. 32)** |

Before the Court is a Joint Motion to File Overlength Briefing. For the reasons stated therein, the Court finds good cause has been shown to grant the motion.

**THEREFORE IT IS HEREBY ORDERED** that the Motion (Dkt. 32) is **GRANTED** as follows:

1. Defendants' opening brief in support of the anticipated motion to dismiss shall not exceed twenty-five (25) pages;

2. Plaintiff's brief in opposition to Defendants' motion to dismiss shall not exceed twenty-five (25) pages; and

3. Defendants' reply in support of their motion to dismiss shall not exceed fifteen (15) pages.

DATED: September 2, 2025

_____
Honorable Debora K. Grasham
United States Magistrate Judge

ORDER - 1