Jeffrey S. Beelaert, ISB No. 12384
Preston N. Carter, ISB No. 8462
Morgan D. Goodin, ISB No. 11184
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Telephone: (208) 388-1200
Fax: (208) 388-1300
jbeelaert@givenspursley.com
prestoncarter@givenspursley.com
morgangoodin@givenspursley.com

B. Warren Pope (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
1180 Peachtree Street, Ne, Suite 1600
Atlanta, Ga 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com

Jared Lax (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
1401 Lawrence Street, Ste 1900
Denver, Colorado 80202
Telephone: (720) 535-2320
Fax: (720) 535-2400
jlax@kslaw.com

Narisa Abhasakun (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
50 California Street
San Francisco, California 94111
Telephone: (415) 318-1282
Fax: (415) 318-1300
nabhasakun@kslaw.com

*Attorneys For Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| FRANCISCO BARNES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PERPETUA RESOURCES CORP., JONATHAN CHERRY, and JESSICA LARGENT,<br><br>Defendants. | Case No. 1:25-cv-00160-DKG<br><br>**DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>**CLASS ACTION**<br><br>DEMAND FOR JURY TRIAL |

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and the Private Securities

Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* (the "PSLRA"), Defendants Perpetua

Resources Corp. ("Perpetua"), Jonathan Cherry, and Jessica Largent (the "Individual Defendants" and, with Perpetua, "Defendants"), by and through their counsel of record, respectfully move to dismiss Plaintiffs' Amended Complaint for Violation of the Federal Securities Laws (ECF No. 31) (the "Amended Complaint"), for failure to state a claim upon which relief can be granted. The Motion is supported by: the attached Memorandum of Points and Authorities, the Declaration of B. Warren Pope submitted herewith, the Request for Judicial Notice submitted herewith, the pleadings, papers, and records on file in this case, all matters of which this Court may take judicial notice, and such other documents and oral argument as may be presented at any hearing.

The grounds for the Motion, which are more fully set forth in the accompanying Memorandum of Points and Authorities, are:

1. Plaintiffs' claims under Section 10(b) of the Securities Exchange Act of 1934, 15 U.S.C. § 78j(b) (the "Exchange Act"), and Rule 10b-5 promulgated by the United States Securities and Exchange Commission ("SEC") thereunder, 17 C.F.R. § 240.10b-5, should be dismissed because the claims do not state a claim upon which relief can be granted, for the following reasons:

   a. Plaintiffs challenge statements that are protected by the PSLRA's statutory "safe harbor" for forward-looking statements, as provided by 15 U.S.C. § 78u-5;

   b. Plaintiffs challenge statements that are not actionable as a matter of law because they are corporate "puffery";

   c. Plaintiffs fail to plead with particularity that any challenged statement was false or misleading when made as required by Rule 9(b) and 15 U.S.C. § 78u-4(b)(1); and

   d. Plaintiffs fail to plead particularized facts giving rise to a "strong inference" that Defendants acted with the "required state of mind," as required by 15 U.S.C. § 78u-4(b)(2).

2. Plaintiffs' claims against the Individual Defendants under Section 20(a) of the Exchange Act, 15 U.S.C. § 78t(a), should be dismissed for failure to plead a viable primary violation of the Exchange Act.

WHEREFORE, Defendants respectfully request that this Court enter an Order dismissing the Amended Complaint in its entirety and grant such other and further relief as it deems just and proper.

Respectfully submitted, this 30 day of September, 2025.

| | |
|---|---|
| **GIVENS PURSLEY LLP** | **KING & SPALDING LLP** |
| */s/ Preston N. Carter* | B. Warren Pope (Admitted *Pro Hac Vice*) |
| Jeffrey S. Beelaert | 1180 Peachtree Street, N.E. |
| Preston N. Carter | Atlanta, Georgia 30309 |
| Morgan D. Goodin | Telephone: (404) 572-4600 |
| 601 West Bannock Street | Facsimile: (404) 572-5100 |
| P.O. Box 2720 | wpope@kslaw.com |
| Boise, Idaho 83702 | |
| Telephone: (208) 388-1218 | Narisa Abhasakun (Admitted *Pro Hac Vice*) |
| | 50 California Street |
| **KING & SPALDING LLP** | San Francisco, California 94111 |
| Jared Lax (Admitted *Pro Hac Vice*) | Telephone: (415) 969-0253 |
| 1401 Lawrence Street | Facsimile: (415) 318-1300 |
| Unit 1900 | nabhasakun@kslaw.com |
| Denver, Colorado 80202 | |
| Telephone: (720) 535-2300 | *COUNSEL FOR DEFENDANTS PERPETUA* |
| Facsimile: (720) 535-2400 | *RESOURCES CORP., JONATHAN CHERRY,* |
| jlax@kslaw.com | *AND JESSICA LARGENT* |