Jeffrey S. Beelaert, ISB No. 12384
Preston N. Carter, ISB No. 8462
Morgan D. Goodin, ISB No. 11184
GIVENS PURSLEY LLP
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83701-2720
Telephone: (208) 388-1200
Fax: (208) 388-1300
jbeelaert@givenspursley.com
prestoncarter@givenspursley.com
morgangoodin@givenspursley.com

B. Warren Pope (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
1180 Peachtree Street, NE
Suite 1600
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5100
wpope@kslaw.com

Jared Lax (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
1401 Lawrence Street, Ste 1900
Denver, Colorado 80202
Telephone: (720) 535-2320
Fax: (720) 535-2400
jlax@kslaw.com

Narisa Abhasakun (Admitted *Pro Hac Vice*)
KING & SPALDING LLP
50 California Street
San Francisco, California 94111
Telephone: (415) 318-1282
Fax: (415) 318-1300
nabhasakun@kslaw.com

*Attorneys For Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| FRANCISCO BARNES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PERPETUA RESOURCES CORP., JONATHAN CHERRY, and JESSICA LARGENT,<br><br>Defendants. | Case No. 1:25-cv-00160-DKG<br><br>**REQUEST FOR JUDICIAL NOTICE** |

**TO THE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants Perpetua Resources Corp. ("Perpetua"), Jonathan Cherry, and Jessica Largent (the "Individual Defendants," and with Perpetua, "Defendants") respectfully request, under Federal Rule of Evidence 201, as adopted by the Idaho Rules of Evidence, that the Court take judicial notice of Exhibits 1, 4, 6, 10, 11 and 16 to the Declaration of B. Warren Pope (Dkt. 34-2). Exhibits 1, 4, and 6 are filings Perpetua made with the United States Securities and Exchange Commission ("SEC"). Exhibits 10 and 11 are written presentations that accompanied and were referenced in the oral remarks made during the investor calls that Plaintiffs incorporate and extensively rely on in their Amended Complaint for Violations of the Federal Securities Laws (ECF No. 31) ("Amended Complaint"). These presentations were available to the public at large, including Perpetua's investors. Exhibit 16 is a screenshot of a publicly available digital archive of Perpetua's website as of January 23, 2022. The Court may take judicial notice of the aforementioned exhibits because they are publicly-available SEC filings, documents, and presentations, which are subject to judicial notice in this Circuit.

Respectfully submitted, this 30th day of September, 2025.

Request for Judicial Notice

**GIVENS PURSLEY LLP**
*/s/ Preston N. Carter*
Jeffrey S. Beelaert
Preston N. Carter
Morgan D. Goodin
601 West Bannock Street
P.O. Box 2720
Boise, Idaho 83702
Telephone: (208) 388-1218

**KING & SPALDING LLP**
Jared Lax (Admitted *Pro Hac Vice*)
1401 Lawrence Street
Unit 1900
Denver, Colorado 80202
Telephone: (720) 535-2300
Facsimile: (720) 535-2400
jlax@kslaw.com

**KING & SPALDING LLP**
B. Warren Pope (Admitted *Pro Hac Vice*)
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
wpope@kslaw.com

Narisa Abhasakun (Admitted *Pro Hac Vice*)
50 California Street
San Francisco, California 94111
Telephone: (415) 969-0253
Facsimile: (415) 318-1300
nabhasakun@kslaw.com

*COUNSEL FOR DEFENDANTS PERPETUA*
*RESOURCES CORP., JONATHAN CHERRY,*
*AND JESSICA LARGENT*

2